UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 24-cr-122-1 (ECT/ECW) |
| Plaintiff, | |
| v. | **TRIAL NOTICE AND FINAL PRETRIAL ORDER** |
| Dapree Richard Christlieb-Peterson, | |
| Defendant. | |

---

David M. Classen, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Kevin W. DeVore, DeVore Law Office, P.A., Woodbury, MN, for Defendant Dapree Richard Christlieb-Peterson.

---

This case is rescheduled for trial before Judge Eric C. Tostrud, beginning on **Tuesday, December 17, 2024, at 9:00 a.m.**, in **Courtroom 7D** of the Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota 55101.

### PRETRIAL CONFERENCE

A pretrial conference will be conducted by Judge Tostrud in **Courtroom 7D** of the Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota 55101, on **Friday, December 13, 2024, at 9:00 a.m.** All attorneys who will participate in the trial of the case must attend.

### TRIAL DOCUMENTS

1. Proposed voir dire questions, proposed jury instructions, witness lists, exhibit lists, and trial-related motions (including motions in limine) must be submitted by **Tuesday, December 3, 2024.** Responses to trial-related motions (including motions in limine) must be submitted by **Tuesday, December 10, 2024.**

2. **Submitting Documents.** All documents must be filed electronically and served on all parties. Two courtesy copies must be delivered to the chambers of Judge Tostrud, care of the St. Paul Clerk's Office, at the following address: 316 N. Robert Street, St. Paul,

Minnesota.  The courtesy copies should be ECF-stamped; three-hole punched; unstapled; double-sided, if feasible; and if voluminous, appropriately tabbed and organized within binders.  The list of exhibits, proposed voir dire and proposed jury instructions must also be submitted by email, in word-processing format, to tostrud_chambers@mnd.uscourts.gov.

3.  **Daily Transcripts.**  If any party intends to order daily transcripts of trial, that Party should contact Judge Tostrud's court reporter, Tim Willette, as soon as possible, so that he can make arrangements for other court reporters to assist him during the trial.  Mr. Willette's email address is tim_willette@mnd.uscourts.gov.

Dated: November 25, 2024                                s/ Eric C. Tostrud
                                                        Eric C. Tostrud
                                                        United States District Court