UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 24-CR-122 (ECT/ECW) |
| | ) | |
| v.            Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| DAPREE RICHARD CHRISTLIEB-PETERSON, | ) | **CONTINUANCE OF TRIAL DATE** |
| | ) | |
| | ) | |
| Defendant. | | |

Defendant, Dapree Richard Christlieb-Peterson, by and though his attorney, Kevin W. DeVore, respectfully moves this Court for a 90-day continuance of the deadlines set forth in the Court's Trial Notice and Final Pretrial Order (Doc. 34) on the following grounds:

Both parties agree that additional time is necessary to prepare for trial and to explore all resolution possibilities.

Assistant U.S. Attorney David Classen has informed the undersigned that the government does not oppose this continuance request.

Accordingly, Defendant Christlieb-Peterson respectfully requests the Court to continue the final pretrial and trial date for an additional 90 days. A Statement of Facts supporting defendant's request to exclude this extension of time under the Speedy Trial Act will be filed with the Court.

1

                              Respectfully submitted,

                              DEVORE LAW OFFICE, P.A.

Dated:  November 27, 2024      *s/Kevin W. DeVore*

                              Kevin W. DeVore, #267302
                              724 Bielenberg Drive, Suite 110
                              Woodbury, MN  55125
                              (651) 435-6500

                              *Attorney for Dapree Richard Christlieb-Peterson*