# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| UNITED STATES OF AMERICA, | COURT MINUTES |
|---|---|
| Plaintiff, | BEFORE: Hon. Eric C. Tostrud<br>United States District Judge |
| v. | Case No.: 24-CR-122(1) (ECT/ECW)<br>Date: October 20, 2025<br>Court Reporter: Tim Willette |
| DAPREE RICHARD CHRISTLIEB-PETERSON, | Courthouse: St. Paul<br>Courtroom: 7D<br>Time in Court: 1:07 p.m. – 1:10 p.m.<br>1:11 p.m. – 1:25 p.m. (Sealed Time)<br>1:26 p.m. – 2:39 p.m. |
| Defendant. | Total Time: 1 Hour 32 Minutes |

**APPEARANCES:**

    For Plaintiff:    David Classen, United States Attorney's Office
    For Defendant:    Kevin DeVore, DeVore Law Office, P.A.
        ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed
Interpreter/Language:    None / English

☑ Hearing held on objections to the presentence report.
☑ Sentencing Hearing.

**IT IS ORDERED:**

Defendant is sentenced to a total term of **384 Months** as follows:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 360 Months | | 10 Years | | |
| 2 | X | | 360 Months | | 10 Years | | |
| 3 | X | | 360 Months | | 10 Years | | |
| 4 | X | | 360 Months | | 10 Years | | |
| 5 | X | | 24 Months | | 10 Years | | |

Said terms of BOP as to Counts 1, 2, 3, and 4    ☐ Consecutive ☑ Concurrent
Said terms of BOP as to Count 5    ☑ Consecutive ☐ Concurrent
Said terms of SR as to Counts 1, 2, 3, 4, and 5    ☑ Consecutive ☐ Concurrent

☑ Special Conditions of:    *See J&C for special conditions.*
☑ Defendant's Ex Parte Motion for Appointment of New Counsel [ECF No. 58] was moved, argued and denied for the reasons stated on the record.
☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 1.
    ☑ Special assessment in the amount of $100.00 for Count 2.
    ☑ Special assessment in the amount of $100.00 for Count 3.
    ☑ Special assessment in the amount of $100.00 for Count 4.
    ☑ Special assessment in the amount of $100.00 for Count 5.
☑ Defendant's Motion for Variance [ECF No. 61] was moved, argued and granted for the reasons stated on the record.
☑ Defendant's Motion for Downward Departure [ECF No. 63] was moved, argued and granted for the reasons stated on the record.
☑ Defendant remanded to the custody of the U.S. Marshal.

                s/ R. Morton
                Courtroom Deputy